CHARLOTTA E. OSTROM et al., complainants,

*v.*

WARREN FERRIS, defendants.

[Decided May 14th, 1928.]

On appeal from a decree of the court of chancery.

On appeal of Charlotta Marie Keffer.

*Messrs. Roberson & Roberson,* for the complainants.

*Mr. William P. Martin* and *Messrs. Butler & Butler,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and reported in *99 N. J. Eq. 551.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   15.

*For reversal*—None.